# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   15−31296−KRH
**Chapter**   7
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nicholas Scott Gilbert
 8805 Henly Ct.
Fredericksburg, VA 22408

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−7346

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA

## NOTICE OF HEARING

A

*23* − Reaffirmation Cover Sheet and Reaffirmation Agreement with Credit Acceptance Corp. and Motion for Approval of Reaffirmation Agreement filed by Bradley J Halberstadt of Stewart, Zlimen & Jungers, LTD on behalf of Credit Acceptance Corp..(Halberstadt, Bradley)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  July 1, 2015          **Time:**   12:00 PM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

Dated:  June 15, 2015                              For the Court,

                                                   William C. Redden, Clerk
[VAN022BKAPvDec2009.jsp]                           United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:
Nicholas Scott Gilbert
    Debtor

Case No. 15-31296-KRH
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: cummingsj     Page 1 of 1     Date Rcvd: Jun 15, 2015
                  Form ID: VAN022     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2015.
db          +Nicholas Scott Gilbert,   8805 Henly Ct.,   Fredericksburg, VA 22408-8754
cr          +Credit Acceptance Corp.,   c/o Stewart, Zlimen & Jungers, Ltd.,   2277 Hwy 36 W, Ste 100,
                 Roseville, MN 55113-3896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2015 at the address(es) listed below:
             Bruce H. Matson     bhmtrustee@leclairryan.com,   bmatson@ecf.epiqsystems.com
                                                                                                                  TOTAL: 1